**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7347**

_____

RONNIE MCCRAY,

                              Plaintiff - Appellant,

        versus

GARY  MAYNARD,  Director  of  SCDC;  CHARLIE
CONDON, Attorney General of the State of South
Carolina,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Dennis W. Shedd, District Judge.
(CA-02-838)

_____

Submitted: November 21, 2002       Decided:  December 9, 2002

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronnie McCray, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, William Edgar Salter, III, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronnie McCray seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). As to claims dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F. 3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). We have reviewed the record and conclude for the reasons stated by the district court and the magistrate judge that McCray has not satisfied either standard. See McCray v. Maynard, No. CA-02-838 (D.S.C. Aug. 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the

appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED